IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                             PLAINTIFF

VS.                           NO. 4:13CR00108-DPM

BOBBY HARRIS                                                          DEFENDANT

## ORDER

Pending before the Court is a motion for issuance of summons and for revocation of Defendant's bond. (Docket entry #12) For good cause shown, the motion for issuance of summons is GRANTED. The Clerk is directed to issue summons, and the United States Marshal is directed to serve summons, upon Defendant Bobby Harris for appearance at a revocation hearing before United States Magistrate Judge Beth Deere on May 16, 2013, at 10:00 a.m. to show cause why his pre-trial release should not be revoked.

IT IS SO ORDERED this 7th day of May, 2013.

_____
UNITED STATES MAGISTRATE JUDGE